Exhibit A

**Constellation Energy**

**CONSTELLATION ENERGY RESIDENTIAL ELECTRIC SUPPLY**
**TERMS & CONDITIONS**
**NEW JERSEY ELECTRICITY SUPPLIER LICENSE NUMBER PESL-0016**

**Purchase of Power and Energy Service. Constellation NewEnergy, Inc.** ("Constellation Energy") agrees to sell, and you agree to buy, your full requirements for residential electric generation service at the price and on the terms and conditions specified in this agreement (the "Contract"). Price and other terms of this Contract are subject to change as provided below. Constellation Energy reserves the right to revoke its electricity offer for any reason at any time prior to your acceptance of this Contract. Throughout this Contract, the words "you" and "your" refer to the customer who has signed this Contract. The words "we", "us" and "our" refer to Constellation Energy.

**Term: Fixed and Variable Pricing.** You are signing up for12 months of price protection following expiration of the fixed price period under our current contract ("Current Supply Contract") with you. This Contract supersedes the Current Supply Contract effective with the last meter read date for which we are serving you under the fixed price set forth in the Current Supply Contract, provided that you will remain responsible for all payments incurred under the Current Supply Contract through such date. During the fixed price period under this Contract, your price for electric generation service will be 10.49 cents per kWh, which includes the New Jersey Sales and Use Tax ("SUT"). At the end of the 12 month period, your price will automatically convert to a Variable Monthly Price. Unless you take action to change plans, the Variable Monthly Price structure will remain in place for at least 3 months for a total contract term of 15 months. During the Variable Monthly Price period your price will fluctuate each month with the market price of electricity and will consist of the sum of a variable energy charge plus a retail service charge and any other applicable taxes. The variable energy charge will be based on your usage as provided by the Utility multiplied by the Real Time Locational Based Marginal Price for the zone in which your account is located as published by PJM Interconnection, L.L.C. (the regional transmission organization responsible for the transmission grid in which your account is located) averaged for all hours during the billing period. The retail service charge will include all energy related charges incurred by us for serving your account during the applicable billing period, including, without limitation, congestion, capacity, transmission, line losses, ancillaries, renewable portfolio charges, and a reasonable profit margin determined by us from time to time in good faith. The retail service charge excludes any applicable taxes (except for SUT), which will be incorporated into the Variable Monthly Price charged on your invoice. The Variable Monthly Price does not include any fees, taxes or charges directly assessed by the Utility. The retail service charge may change for each billing period but will not exceed $0.065 per kW/h. Your price during the variable pricing period will reflect market conditions and supply costs which could result in a price higher or lower than the utility price. You can terminate without fee or penalty at any time after your 12 month fixed price protection period ends.

**Other Pricing Terms.** The price charged for electric generation service under this Contract is reflective of competitive market conditions, was not set or approved by the New Jersey Board of Public Utilities and does not include any applicable taxes (except for SUT) or local distribution company fees or charges which will be charged by your local distribution company responsible for service territory where you reside: Atlantic City Electric Company (the "Utility"). There is no charge for entering into this Contract or for terminating this Contract at the end of the then applicable Contract term as provided in the "Term; Fixed and Variable Pricing" and "Renewal" sections. Under certain other circumstances, you may be responsible for payment of an early termination fee as provided in the "Termination" section below.

**Rescission.** Since we will continue to be your electric power supplier, you will not receive a new notice from your Utility confirming your selection of Constellation Energy as your electric power supplier and, accordingly, you will not have the ability to rescind your selection and this Contract is binding as of the day hereof. Please contact us toll-free at 1-877-997-9995 if you have any questions regarding rescission.

**Net Metering.** If you currently own or plan to install during the term of this Contract eligible renewable electrical generating facilities generating class 1 renewable energy as defined in N.J.A.C. 14:48.2 to supply all or part of your electricity usage and such generating facility is or will be net metered by the Utility you must notify us in order for us to determine your eligibility and to properly enroll or continue to serve you.

**Price Comparison.** Please note that our initial fixed price may be lower than the Utility's applicable tariff rates as of the date of this offer. However, the Utility's tariff rates likely will change from time to time and therefore Constellation Energy cannot guarantee savings over the Utility's rates for the entire term of this Contract or any renewals. By being supplied by us you are not subject to the BGS reconciliation charge invoiced by the Utility, which may be a credit or charge and is subject to change. You may consult your Utility's Price to Compare shown on your monthly invoice for consideration, however that rate includes taxes and BGS reconciliation charge and because it changes monthly it does not offer a consistent rate against which we can show you a set savings percentage for the winter period. Compared against such rate your savings will vary each month and may be higher or lower.

**Renewal.** After the initial term and unless terminated by Constellation Energy or you as provided in the "Termination" section below, this Contract will automatically renew on a month-to-month basis at the Variable Monthly Price.

**Initiation of Service.** THE PURPOSE OF THIS DOCUMENT IS TO AUTHORIZE CONSTELLATION ENERGY TO CONTINUE TO BE YOUR ELECTRIC POWER SUPPLIER AND, BY SIGNING BELOW, YOU AUTHORIZE CONSTELLATION ENERGY TO UNDERTAKE WHATEVER STEPS NECESSARY TO ACCOMPLISH CONTINUING TO BE YOUR ELECTRIC POWER SUPPLIER. Constellation Energy will continue providing electric generation service to you throughout the term of this Contract. You represent and warrant that the electricity supply being purchased under this Contract is to be used solely for residential purposes. Constellation Energy's obligations under this Contract are conditioned on you providing complete and accurate information and on you remaining a Utility distribution customer throughout the term under the applicable residential electric rate class.

**Budget Billing.** Budget billing of our charges is not available at this time. However, the Utility will continue to offer budget billing for those charges assessed by it upon request. Your budget amount will be the combination of a monthly Utility amount for distribution and other Utility services and an amount for Constellation Energy's electricity supply charges. Any settlements or adjustments to the Utility's or Constellation Energy's monthly budget bill amounts may not occur at the same time. Constellation Energy reserves the right to make adjustments at any time and you authorize Constellation Energy to bill you directly if necessary to collect any amounts hereunder.

**Billing and Payment.** The cost of your electric generation service will be included on your bill from the Utility, and is due and payable when your Utility bill is due at the billing address provided in your Utility bill. You will be invoiced for Constellation Energy's charges under this Contract at the applicable price set forth in the "Term; Fixed and Variable Pricing" section above (or, during each month-to-month renewal period, under the current terms and conditions and pricing as set forth in the "Renewal" section above) multiplied by your electricity usage as measured by the Utility in kWh during the applicable billing period. You agree to accept the measurements as determined by the Utility for purposes of accounting for the electric power supplier under this Contract. If the Utility is unable to read your meter, the Utility will estimate your usage and your charges will be calculated accordingly and adjusted on a future bill. Supplying you under this Contract is conditioned on the Utility accepting our enrollment of your account for consolidated billing by the Utility. If you are not eligible for consolidated billing, you need to remedy that restriction with the Utility before we can serve you. Should the Utility cease providing consolidated billing for your account and/or commence billing us for any charges relating to you, we will bill you and you will pay us for all such charges. You are no longer eligible for consolidated billing by the Utility if you are in arrears for payment for 60 or more days, at which point we reserve the right to terminate our Contract and may charge a termination fee of $150. You will be billed additional charges, including taxes and charges to transmit and distribute the electricity to your home, from the Utility consistent with its filed tariffs. You are responsible for paying any new or increased taxes, fees or other charges imposed on us or you regarding transmission or distribution of the electricity during the term of this Contract. We will notify you if any new or increased taxes, fees or other charges are imposed. Constellation Energy reserves the right to change billing methods.

**Late or Insufficient Payment.** When the Utility issues you a consolidated bill, all invoiced balances not paid in full by the due date are subject to the Utility's late payment policies and procedures. If Constellation Energy directly invoices you, you are required to pay our invoices within 20 days from the invoice date and we reserve the right to charge you interest for any past due invoice amount at 1.5% per month or the highest amount permissible under applicable law, whichever is less. In addition, you agree to pay us our costs incurred in collecting amounts owed us, including reasonable attorney's fees and returned check charges. If you make a payment for an amount less than the total amount due, we may accept such payment without prejudice to any other rights or remedies that we may have against you and we may apply it to your account(s) as a partial payment.

©2012 Constellation Energy Resources, LLC. All rights reserved. The offering herein is sold and contracted by Constellation NewEnergy, Inc., a subsidiary of Exelon Corporation. Errors and omissions excepted.



**Credit.** Constellation Energy reserves the right to determine if your credit standing is satisfactory for originating or continuing electric generation service under this Contract. Consistent with applicable law, Constellation Energy uses uniform income, deposit and credit requirements in determining whether to offer service to our customers.

**Termination.** Constellation Energy may terminate this Contract for any nonpayment or any other breach of this Contract upon 30 days prior written notice to you of such termination or if you are no longer eligible for Utility consolidated billing, in which cases you may be charged a termination fee of $150. If you fail to cure within the 30-day notice period, we may terminate the Contract even if you subsequently cure the nonpayment or breach after such period has expired. Constellation Energy may also terminate this Contract upon 30 days prior written notice to you if you are no longer eligible for consolidated billing by the Utility or if, due to a change in law or other act beyond our reasonable control, we are no longer able to serve you. Either you or Constellation Energy may terminate this Contract during a month-to-month renewal period upon 30 days written notice effective as of the end of the next applicable meter read date after expiration of the required notice period.

If you move, become disabled and are no longer able to pay for our services or die, this Contract may be terminated without penalty by giving us 48 hours prior written notice. You may also terminate this Contract prior to the end of the applicable term for your convenience by giving us not less than 30 days prior written notice, in which case you will be charged a termination fee of $150. Constellation Energy waives such termination fee if it takes place during the period of time you are paying under the Variable Monthly Price as defined above. Upon any termination of this Contract, you will return to receiving standard offer service from the Utility unless you have selected another electric power supplier. The effective date of any termination will be the next applicable meter read date after expiration of the required notice period. Upon any termination, you will remain responsible for any unpaid balance as of the termination date plus any applicable termination fee. The delivery of electricity to you cannot be terminated or interrupted by the Utility as a result of any dispute between Constellation Energy and you but may be terminated by the Utility for nonpayment of Utility charges in accordance with applicable law. If the Utility purchases the right to receive your payments under this Contract, your payment obligations may become Utility charges for purposes of termination of service.

**Assignment, Address Change.** Constellation Energy may assign, subcontract or delegate all or any part of our rights and/or obligations under this Contract, including your payment obligations under this Contract, without notice or your consent. You may not assign any of your rights or obligations under this Contract without our prior written consent. If you move, our Contract will terminate and you will be required to return to Utility service for at least one month for service at your new address after which period we would welcome the opportunity to serve you under a new Contract at your new address. You will be responsible for paying for all electricity supplied to your old address until the date this Contract is terminated in accordance with its terms.

**Change in Pricing and Other Terms.** Notwithstanding any other provision in this Contract, this Contract may be changed by Constellation Energy upon the occurrence of any event beyond its reasonable control that increases the obligations of Constellation Energy or the cost of performing such obligations under this Contract. If we request such a change, Constellation Energy will provide you notice of the changed prices and/or terms and conditions and you will have an opportunity to terminate this Contract without any further obligation by notifying us in writing within 30 days after receiving notice of the new prices and/or terms and conditions, in which case your electric generation service will terminate effective as of the next meter read date after expiration of the required notice period. You will remain responsible for any unpaid balance as of the termination date but we will not assess a termination payment.

**Information Release Authorization.** Throughout the term, you authorize Constellation Energy to obtain information from the Utility that includes, but is not limited to, account name, account number, billing address, service address, telephone number, standard offer service type, historical and future electricity usage, rate classification, meter readings, characteristics of electricity service and, when charges hereunder are included on your Utility bill, billing and payment information from the Utility. You authorize Constellation Energy to release such information to third parties that need to know such information in connection with your electric generation service and to Constellation Energy's affiliates and subcontractors. These authorizations shall remain in effect as long as this Contract is in effect. You may rescind these authorizations at any time by either calling or providing written notice to us. We reserve the right to reject your enrollment or terminate this Contract in the event these authorizations are rescinded, you fail to meet or maintain satisfactory credit standing as determined by us, or you fail to meet minimum or maximum threshold consumption levels as determined by us. If you fail to remit payment in a timely fashion, we may report the delinquency to a credit reporting agency.

**Dispute Resolution.** If you have a billing or other dispute involving our service, please contact us at 1-877-997-9995. You must still pay your bill in full, but may deduct the specific amount in dispute while the charges remain in dispute. If the dispute cannot be resolved within 45 days, a complaint or request for an Alternate Dispute Resolution procedure may be submitted by either party by contacting the New Jersey Board of Public Utilities at 1-800-624-0241.

**Limitation of Liability.** You agree that neither Constellation Energy nor any of its affiliates or subcontractors shall be liable for any damages or claims for matters within the control of the Utility or the ISO controlled electricity grid, which include maintenance of electric lines and systems, service interruptions, loss or termination of service, deterioration of electric services, meter readings or injury to persons or damage to property caused by the delivery or supply of electricity. Neither Constellation Energy nor any of its affiliates or subcontractors will be responsible for any failure to commence or terminate electric generation service on the date specified herein due to any failure or delay in enrolling you with the Utility. Constellation Energy's liability shall be limited to direct actual damages only, which will not exceed the amount of your single largest monthly invoice during the preceding 12 months. In no event shall Constellation Energy or any of its affiliates or subcontractors be liable for any punitive, incidental, consequential, exemplary, indirect, third party claims or other damages whether based on contract, warranty, tort, negligence, strict liability or otherwise, or for lost profits arising from any breach or nonperformance of this Contract. Nothing contained in this Contract shall constitute a waiver of any rights you have under New Jersey or Federal consumer protection laws.

**Force Majeure.** We do not transmit or deliver electricity and certain causes and events out of our control ("Force Majeure Events") may result in interruptions in service. We will not be liable for any such interruptions or any other failure to perform under this Contract caused by a Force Majeure Event. We are not and will not be liable for damages caused by Force Majeure Events, including acts of God; acts of any governmental authority; accidents; strikes; labor disputes; required maintenance work; inability to access the Utility's system; non-performance by the Utility, including, but not limited to, a facility outage on its distribution lines; changes in laws, rules or regulations of any governmental authority; or any cause beyond our control.

**Miscellaneous.** Except with respect to Constellation Energy' affiliates and subcontractors under the "Limitation of Liability" section, there are no third party beneficiaries of this contract. Any payments due under this Contract, and all provisions relating to the payment and collection thereof, shall survive termination for any reason. This Contract constitutes the entire agreement between you and Constellation Energy. No statement, promise or inducement made by either party not contained in this Contract shall be valid or binding. Any reference to days or periods shall mean calendar days.

**Contact Information. CONSTELLATION NEWENERGY, INC.S NEW JERSEY ELECTRIC POWER SUPPLIER LICENSE NUMBER IS PESL0016.**
Contact us with any questions between the hours of 8:00 a.m. and 8:00 p.m. eastern time on weekdays, except holidays. Our toll free number is 1-877-997-9995. We can be reached by mail at: Constellation NewEnergy Inc., 1221 Lamar Street, Suite 750 / Houston TX, 77010. Please contact us at this address or phone number to resolve any disputes regarding this Contract.

For emergencies or other inquiries relating to your service, such as a power outage, please call your local utility: <u>Atlantic City Electric Company Contact Information:</u> Emergencies: 1-800-880-7734. Customer Service: 1-800-436-7734. The New Jersey Board of Public Utilities Division of Consumer Relations toll free number is 1-800-624-0241 and their website address is http://www.state.nj.us/bpu/

©2012 Constellation Energy Resources, LLC. All rights reserved. The offering herein is sold and contracted by Constellation NewEnergy, Inc., a subsidiary of Exelon Corporation. Errors and omissions excepted.