| | |
|---|---|
| Jessica L. Hunter (ID No. 282432018) <br> J. Burkett McInturff* <br> **WITTELS MCINTURFF PALIKOVIC** <br> 305 B<small>ROADWAY</small>, 7<small>TH</small> F<small>LOOR</small> <br> N<small>EW</small> Y<small>ORK</small>, N<small>EW</small> Y<small>ORK</small> 10007 <br> Telephone: (914) 775-8862 <br> Facsimile: (914) 775-8862 <br> jlh@wittelslaw.com <br> jbm@wittelslaw.com | D. Greg Blankinship* <br> Erin Kelley* <br> **FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP** <br> One North Broadway, Suite 900 <br> White Plains, New York 10601 <br> Telephone: (914) 298-3281 <br> gblankinship@fbfglaw.com <br> ekelley@fbfglaw.com |

*\*Motion for Pro Hac Vice admission forthcoming*

*Attorneys for Plaintiff Yitzchok Birnhack
and the Proposed Class*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YITZCHOK BIRNHACK, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CONSTELLATION NEWENERGY, INC., <br><br> Defendant. | Civil Action No. 23-8337 <br><br> **<u>CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2</u>** |

I, Jessica L. Hunter, admitted to the bars of the State of New Jersey and this Court, and an attorney with the law firm of Wittels McInturff Palikovic, and attorney of record for Plaintiff Yitzchok Birnhack and the Proposed Class, hereby certify that to the best of my knowledge and based upon the information available to me, the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 23, 2023

Respectfully submitted,

s/ Jessica L. Hunter
Jessica L. Hunter, Esq.
WITTELS MCINTURFF PALIKOVIC
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (914) 775-8862
Facsimile: (914) 775-8862
jlh@wittelslaw.com