| | |
|---|---|
| Jessica L. Hunter (ID No. 282432018) | D. Greg Blankinship* |
| J. Burkett McInturff* | Erin Kelley* |
| **WITTELS MCINTURFF PALIKOVIC** | **FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP** |
| 305 Broadway, 7th Floor | One North Broadway, Suite 900 |
| New York, New York 10007 | White Plains, New York 10601 |
| Telephone: (914) 775-8862 | Telephone: (914) 298-3281 |
| Facsimile: (914) 775-8862 | gblankinship@fbfglaw.com |
| jlh@wittelslaw.com | ekelley@fbfglaw.com |
| jbm@wittelslaw.com | |

*\*Motion for Pro Hac Vice admission forthcoming*

*Attorneys for Plaintiff Yitzchok Birnhack
and the Proposed Class*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YITZCHOK BIRNHACK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONSTELLATION NEWENERGY, INC.,<br><br>Defendant. | Civil Action No. 23-8337<br><br>**<u>CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 201.1</u>** |

JESSICA L. HUNTER, of full age, certifies and states as follows:

I hereby certify that the above-captioned matter is not subject to compulsory arbitration pursuant to Local Civil Rule 201.1(d), because Plaintiff and the Proposed Class seek declaratory and injunctive relief and because the money damages sought, exclusive of interest and costs and any claim for punitive damages, are in excess of $150,000.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct.

Dated: August 23, 2023

Respectfully submitted,

s/ Jessica L. Hunter
Jessica L. Hunter, Esq.
WITTELS MCINTURFF PALIKOVIC
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (914) 775-8862
Facsimile: (914) 775-8862
jlh@wittelslaw.com