UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YITZCHOK BIRNHACK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONSTELLATION NEWENERGY, INC.,<br>Defendant. | Civil Action No. 3:23-cv-8337-RK-JBD<br><br>**JOINT NOTICE OF SETTLEMENT** |

      Plaintiff Yitzchok Birnhack, by counsel, and Defendant Constellation NewEnergy, Inc., by counsel, hereby jointly submit notice to the Court that the matters at issue between them in the present action, which concern the claims set forth in Plaintiff's Amended Complaint, have been compromised, agreed, and settled. Upon finalization and execution of the settlement documents, the parties shall submit a Joint Stipulation and Order to Dismiss for entry by the Court.

426361v1

Respectfully submitted,

/s/ Jessica L. Hunter
Jessica L. Hunter
**WITTELS MCINTURFF PALIKOVIC**
18 Half Mile Road
Armonk, NY 10504
Telephone: (570) 647-9815
Email: jlh@wittelslaw.com

D. Greg Blankinship
Erin Kelley
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER LLP**
One North Broadway, Suite 900
White Plains, NY 10601
(914) 298-3281
gblankinship@fbfglaw.com
ekelley@fbfglaw.com

*Attorneys for Plaintiff*

/s/ Cindy D. Hanson
Cindy D. Hanson
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-3830
cindy.hanson@troutman.com

Jason J. Moreira
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
301 Carnegie Center, Suite 400
Princeton, NJ 08540
Telephone: (609) 951-4114
jason.moreira@troutman.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2024, I served the foregoing notice by posting such document electronically to the ECF website of the United States District Court for the District of New Jersey on all registered ECF parties to the action.

Dated: August 28, 2024

                                                  */s/ Cindy D. Hanson*
                                                Cindy D. Hanson