## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YITZCHOK BIRNHACK, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    -v-<br><br>CONSTELLATION NEWENERGY, INC.,<br><br>        Defendant. | Civil Action No. 3:23-CV-08337 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel on behalf of Plaintiff Yitzchok Birnhack and Defendant Constellation NewEnergy, Inc. that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the above-captioned action be and is hereby dismissed with prejudice, with each party to bear its own costs.

Dated:   November 15, 2024

By: */s Jessica L. Hunter*
Jessica L. Hunter (282432018)
J. Burkett McInturff*
**WITTELS MCINTURFF
PALIKOVIC**
305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007
Telephone: (914) 775-8862
Facsimile: (914) 775-8862

By:  */s Cindy D. Hanson*
Cindy D. Hanson (014611994)
**TROUTMAN PEPPER HAMILTON
SANDERS LLP**
600 Peachtree Street, N.E.
Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-3830
cindy.hanson@troutman.com

jlh@wittelslaw.com
jbm@wittelslaw.com

By: */s D. Greg Blankinship*
D. Greg Blankinship*
Erin Kelley*
**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Telephone: (914) 298-3281
gblankinship@fbfglaw.com
ekelley@fbfglaw.com

*Attorneys for Plaintiff*

*\* Admitted Pro Hac Vice*

By: */s Jason J. Moreira*
Jason J. Moreira (174752016)
**TROUTMAN PEPPER HAMILTON
SANDERS LLP**
301 Carnegie Center
Suite 400
Princeton, NJ 08543
Telephone: (609) 951-4159
jason.moreira@troutman.com

*Attorneys for Defendant*

SO ORDERED:

_____
Honorable Robert Kirsch, U.S.D.J.
Date:  November 19, 2024

113519786